Joseph Wayne Hunter
#1981619
TDCJ Holliday Unit
295 IH-45 North
Huntsville TX 77320-8443
USA

August 28 2015

To: Abel Costa, Clerk of the Court

I would like to know if the court received a answer from the 265th District court out of Dallas County on behalf of Tr. Ct. No. W13-56295-R(B)/WR-5. The reason tha I am writing to you is because I have not received a answer from the state District court 265th of Dallas County Frank Crowely Courts. also I would like to add to the Record that I ask the Clerk of Dallas to enter a default Judgement against the State and now I ask that the Clerk of the Criminal Court of Appeals Abel Acosta enter a default against the Court 265th District Judicial Court and the State Prosecuting Attorney of Dallas County for untimely Answer. N.D. Tex. 2001. State was not entitled to setting aside of entry of default or to file an untimely answer the state has 15 days to answer, but chose to answer on the the 3rd of August 2015 case filed on July 16. State was not entitled to setting aside of entry of default or to file an untimely answer to state inmates Habeas Corous Petition and district court would consider Petition without reference to state's untimely Pleadings, where State Attorney failed to comply with courts Order requiring her to answer inmates Petition, and filed A Responsive Pleading only after the Court Clerk entered default. Fed Rules Civ. Proc. Rule 55 (c), 28 U.S.CA see Beall V. Lockrell, 174 F. Supp, 2d 512 Also according to the Rules of Habeas Corpus the Court has 20 days to Respond. I have not received a Certified Letter from the Judge of 265th District Court, Dallas County.

1

Habeas Corpus §2248 Return or Answer, Conclusiveness

The allegations of a return to writ of Habeas Corpus Proceedings, if not traversed, shall be accepted as true to the extent that the Judge Finds that they are not true. F.R.C.P. 2248 Habeas Corpus

I ask that the Court send to me all documents filed by the State and that any letters motions that the clerk have be sent to me under §2250. Indigent Petitioner entitled to documents without cost.

Thanks for your cooperation in this issue in accordance with the law.

Sincerely Yours Truly

Joseph W Blinder